# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* ) ) ) <br> Plaintiffs, ) ) <br> v. ) ) <br> DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* ) ) ) ) ) <br> Defendants. ) | Case No. 2025-cv-1305 |

**PLAINTIFFS THE CORPORATION FOR PUBLIC BROADCASTING, THE BOARD OF DIRECTORS FOR THE CORPORATION FOR PUBLIC BROADCASTING, LAURA G. ROSS, THOMAS E. ROTHMAN, AND DIANE KAPLAN'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Local Civil Rule 65.1(a), Plaintiffs the Corporation for Public Broadcasting ("CPB"), its Board of Directors, and Laura G. Ross, Thomas E. Rothman, and Diane Kaplan hereby move for a temporary restraining order enjoining Defendants Donald J. Trump, Trent Morse, the United States Office of Management and Budget, Russell Vought, the White House Presidential Personnel Office, and Sergio Gor from taking any action which gives effect to the email purporting to terminate three members of the Board of Directors for CPB (the "Correspondence") or otherwise seeks to interfere with or control the governance and operations of the CPB.

As set forth in more detail in the accompanying brief, the Correspondence violates the Constitution, and the Administrative Procedure Act.

Pursuant to Local Civil Rule 65.1(a), at 11:30 p.m. on April 28, 2025, counsel for Plaintiffs emailed the three Assistant Directors for the Federal Programs Branch of the Department of Justice to provide them with electronic copies of the complaint, this motion for a temporary restraining order, the accompanying memorandum, the Declaration of Evan Slavitt, and a proposed order.

By: /s/ *Jason W. McElroy*
Jason W. McElroy (D.C. Bar No. 502733)
Peter C. Nanov (D.C. Bar No. 230021)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
Email: jason.mcelroy@saul.com
　　　　peter.nanov@saul.com

Jeffrey S. Robbins (*Pro Hac Vice forthcoming*)
Joseph D. Lipchitz (*Pro Hac Vice forthcoming*)
SAUL EWING LLP
131 Dartmouth St., Suite 501
Boston, MA 02116
Tel:  (617) 912-0941
Email: jeffrey.robbins@saul.com
　　　　joseph.lipchitz@saul.com

**Counsel for Plaintiffs**