UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* )<br><br>Plaintiffs )<br><br>v. )<br><br>DONALD J. TRUMP, in his Official Capacity as President of the United States of America, et al. )<br><br>Defendants. ) | Case No.  2025-cv-1305 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is **GRANTED** and it is further

**ORDERED** that Defendants are enjoined from taking any steps to implement or give effect to any purported removal of any board member of the Corporation for Public Broadcasting;

**ORDERED** that Defendants and their officers, employees, and agents are enjoined from taking any steps to participate or engage in the corporate governance of the Corporation for Public Broadcasting, including but not limited to purporting to appoint individuals to the board, purporting to remove individuals from the board, attempting to gain access to the corporation's office, attempting to access funds of the corporation, attempting to access information systems of the corporation, or

purporting to take any other action on behalf of the corporation whatsoever;

**ORDERED** that Defendants shall file a status report on or before May 30, 2025, apprising the Court of the status of their compliance with this Order.

**SO ORDERED.**

_____
, United States District Judge

Date:

2