# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* ) ) ) Plaintiffs, ) ) v. ) ) DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* ) ) ) ) Defendants. ) | Case No.: 1:25-cv-01305-RDM |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter C. Nanov, of the law firm of Saul Ewing LLP, in the above-referenced matter, on behalf of the Plaintiffs, the Corporation for Public Broadcasting, its Board of Directors, Laura G. Ross, Thomas E. Rothman, and Diane Kaplan.

Date: April 29, 2025

By: */s/ Peter C. Nanov*
Peter C. Nanov (D.C. Bar No. 230021)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
Email: peter.nanov@saul.com

*Counsel for Plaintiffs*

55504525.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025, I caused a copy of the foregoing NOTICE OF APPEARANCE to be filed and served on all counsel of record via the Court's CM/ECF system.

/s/ *Peter C. Nanov*
Peter C. Nanov

55504525.1