UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATION FOR PUBLIC BROADCASTING, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>*in his official capacity as President of the United States of America*, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-1305 (RDM) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rules 7.1 and 26.1, Plaintiff The Corporation for Public Broadcasting ("CPB") is a non-profit institution, has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

                                                Respectfully submitted,

                                                */s/ Jason W. McElroy*
                                                Jason W. McElroy (D.C. Bar No. 502733)
                                                SAUL EWING LLP
                                                1919 Pennsylvania Avenue NW, Suite 550
                                                Washington, D.C. 20006
                                                Tel: (202) 295-6605
                                                Email: jason.mcelroy@saul.com

Dated: April 29, 2025

**CERTIFICATE OF SERVICE**

I, Jason W. McElroy, hereby certify that on April 29, 2025, the foregoing **CORPORATE DISCLOSURE STATEMENT** was served by e-mail upon all counsel of record.

*/s/ Jason W. McElroy*
Jason W. McElroy