# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* )<br>)<br>Defendants. ) | Case No. 1:25-cv-01305-RDM |

## (PROPOSED ORDER) MOTION TO ADMIT
## JEFFREY S. ROBBINS *PRO HAC VICE*

Upon consideration of Plaintiff's Motion To Admit Jeffrey S. Robbins *Pro Hac Vice* to represent Plaintiff in this matter, the record herein, and it appearing to the Court that good cause exists to grant the motion, it is this _____ day of _____, 2025 hereby

ORDERED, that Plaintiff's Motion To Admit Jeffrey S. Robbins Pro Hac Vice is GRANTED.

**SO ORDERED.**

_____
THE HONORABLE RANDOLPH D. MOSS
Judge of the U.S. District Court for the District of Columbia