UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* )<br><br>Defendants. ) | Case No.   1:25-cv-01305-RDM |

### MOTION TO ADMIT JOSEPH D. LIPCHITZ PRO HAC VICE

Pursuant to Local Rule 83.2(e)(2), Plaintiffs, the Corporation for Public Broadcasting, its Board of Directors, Laura G. Ross, Thomas E. Rothman, and Diane Kaplan. hereby move for the *pro hac vice* admission of Joseph D. Lipchitz, Esquire, as counsel in this case. The undersigned is admitted to practice in good standing before this Court. The undersigned's appearance has been entered in this case.

Attached to this motion is Mr. Lipchitz's Declaration stating: 1) his full name; 2) his office address and telephone number; 3) a list of all bars to which he has been admitted; 4) a certification that he has not been disciplined by any bar; 5) the number of times he has been admitted *pro hac vice* in this Court within the last 2 years; and 6) that he does not engage in the practice of law from any office within the District of Columbia. Also attached to this motion is a Certificate of Good Standing from the bar for the Commonwealth of Massachusetts.

Respectfully submitted,

|  |  |
|---|---|
| | By: */s/ Jason W. McElroy* |
| | Jason W. McElroy (D.C. Bar No. 502733) |
| | Peter C. Nanov (D.C. Bar No. 230021) |
| | SAUL EWING LLP |
| | 1919 Pennsylvania Avenue NW, Suite 550 |
| | Washington, D.C. 20006 |
| | Tel: (202) 295-6605 |
| | jason.mcelroy@saul.com |
| | peter.nanov@saul.com |
| | |
| | *Counsel for Plaintiffs, the Corporation for Public Broadcasting, its Board of Directors, Laura G. Ross, Thomas E. Rothman, and Diane Kaplan.* |
| Date:  April 30, 2025 | |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused one copy of the foregoing **MOTION TO ADMIT JOSEPH D. LIPCHITZ *PRO HAC VICE*** on all parties and counsel of record via the Court's CM/ECF system, who have made an appearance in this matter.

                                           */s/ Jason W. McElroy*
                                           Jason W. McElroy