# EXHIBIT 1

# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

ALLISON S. CARTWRIGHT
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjcstate.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

April 30, 2025

Attorney Joseph Dominic Lipchitz
Alexandra Martinez
131 Dartmouth Street Suite 501
Boston , MA  02116
alexandra.martinez@saul.com

IN RE:     CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Joseph Dominic Lipchitz .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Allison S. Cartwright*

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  04/30/2025 04.29.2025
Enclosures

2025.01_Amended:Version2025.01.01

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 19, 1996**, said Court being the highest Court of Record in said Commonwealth:

## Joseph Dominic Lipchitz

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirtieth** day of **April** in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 29, 2025

Re: Mr. Joseph Dominic Lipchitz, State Bar Number 24004771

To Whom It May Concern:

This is to certify that Mr. Joseph Dominic Lipchitz was licensed to practice law in Texas on May 01, 1998 and is an inactive member in good standing with the State Bar of Texas. An "inactive" member status means that the attorney is not authorized to practice law in Texas at this time.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/jw



# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Joseph Dominic Lipchitz**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of May, 1998.

I further certify that the records of this office show that, as of this date

**Joseph Dominic Lipchitz**

is presently enrolled with the State Bar of Texas as an inactive member in good standing, and is not authorized to practice law in the State of Texas.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 29th day of April, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9399C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.