UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* ) ) ) Plaintiffs, ) ) v. ) ) DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* ) ) ) ) ) Defendants. ) | Case No.  1:25-cv-01305-RDM |

**(PROPOSED ORDER) MOTION TO ADMIT
JOSEPH D. LIPCHITZ *PRO HAC VICE***

Upon consideration of Plaintiffs' Motion To Admit Joseph D. Lipchitz *Pro Hac Vice* to represent Plaintiffs the Corporation for Public Broadcasting, its Board of Directors, Laura G. Ross, Thomas E. Rothman, and Diane Kaplan in this matter, the record herein, and it appearing to the Court that good cause exists to grant the motion, it is this _____ day of _____, 2025 hereby

ORDERED, that Plaintiffs' Motion To Admit Joseph D. Lipchitz Pro Hac Vice is GRANTED.

**SO ORDERED.**

                                                                                         THE HONORABLE RANDOLPH D. MOSS
                                                                                         Judge of the U.S. District Court for the
                                                                                         District of Columbia