# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 25-1305 (RDM) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jeffrey S. Robbins, of the law firm of Saul Ewing LLP, in the above-referenced matter on behalf of plaintiffs, The Corporation for Public Broadcasting., The Board Of Directors of The Corporation For Public Broadcasting, Laura G. Ross, Thomas E. Rothman, Diane Kaplan.

Please direct copies of all case materials to his attention.

Respectfully submitted,

By: /s/ *Jeffrey S. Robbins*
Jeffrey S. Robbins (MA Bar No. 421910)
Saul Ewing LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
Tel: (617) 723-3300
jeffrey.robbins@saul.com

Jason W. McElroy (D.C. Bar No. 502733)
Peter C. Nanov (D.C. Bar No. 230021)
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006

Tel: (202) 295-6605
jason.mcelroy@saul.com
peter.nanov@saul.com

*Counsel for Plaintiffs, The Corporation for Public Broadcasting., The Board Of Directors of The Corporation For Public Broadcasting, Laura G. Ross, Thomas E. Rothman, Diane Kaplan*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025, I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served on all parties and counsel of record via the Court's CM/ECF system as follows:

Jeremy Samuel Bloch Newman
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Email: jeremy.s.newman@usdoj.gov
*Counsel for Defendants*

/s/ *Jeffrey S. Robbins*
Jeffrey S. Robbins

*Counsel for Plaintiffs, The Corporation for Public Broadcasting., The Board Of Directors of The Corporation For Public Broadcasting, Laura G. Ross, Thomas E. Rothman, Diane Kaplan*