# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* )<br><br>Defendants. ) | Case No. 1:25-cv-01305 |

## NOTICE OF SUPPLEMENTAL AUTHORITY[1]

We write to bring to your attention supplemental authority that was issued yesterday by Judge Beryl A. Howell in *United States Institute of Peace, et al., v. Kenneth Jackson, et al.*, Civil Action No. 25-cv-804 (BAH) (D. D.C.), which addresses many of the same legal issues that were argued at last week's hearing on the Corporation for Public Broadcasting's converted motion for a preliminary injunction. Moreover, the Corporation's motion papers and declarations reference and discuss many of the operative facts in the *Institute of Peace* case. As a result, we have enclosed Judge Howell's Memorandum Opinion on the parties' cross-motions for summary judgment.

---

[1] This Notice is a refiling of Docket No. 17. We are refiling this as a formal notice of supplemental authority in response to a Clerk's Notice of Error, as the previous notice was filed in the form of a letter.

55608395.1

Date: May 20, 2025

            By: */s/ Jason W. McElroy*
                Jason W. McElroy (D.C. Bar No. 502733)
                Peter C. Nanov (D.C. Bar No. 230021)
                SAUL EWING LLP
                1919 Pennsylvania Avenue NW, Suite 550
                Washington, D.C. 20006
                Tel: (202) 295-6605
                Email:    jason.mcelroy@saul.com
                            peter.nanov@saul.com

                Jeffrey S. Robbins (*Admitted Pro Hac Vice*)
                Joseph D. Lipchitz (*Admitted Pro Hac Vice*)
                SAUL EWING LLP
                131 Dartmouth St., Suite 501
                Boston, MA 02116
                Tel: (617) 912-0941
                Email:    jeffrey.robbins@saul.com
                            joseph.lipchitz@saul.com

                ***Counsel for Plaintiffs***

55608395.1

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused one copy of the foregoing **Notice of Supplemental Authority** on all parties and counsel of record via the Court's CM/ECF system as follows:

Jeremy Samuel Bloch Newman
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Email: jeremy.s.newman@usdoj.gov

                                                  */s/ Jason W. McElroy*
                                                  Jason W. McElroy

                                                  *Counsel for Plaintiffs*