UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:25-cv-01305 |
| DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

We write to bring to your attention to supplemental authority that was issued yesterday by Judge Reggie B. Walton in *Travis Leblanc, et al. v. United States Privacy and Civil Liberties Oversight Board*, Case No. 1:25-cv-542-RBW (D.D.C.), which addresses many of the same legal issues that were argued at last week's hearing on the Corporation for Public Broadcasting's converted motion for a preliminary injunction. Specifically, the *LeBlanc* opinion addresses explicit and implicit removal authority in statutory language under *Severino v. Biden*, 71 F.4th 1038 (D.C. Cir. 2023).

55621291.1

Date: May 22, 2025

        By: */s/ Jason W. McElroy*
        Jason W. McElroy (D.C. Bar No. 502733)
        Peter C. Nanov (D.C. Bar No. 230021)
        SAUL EWING LLP
        1919 Pennsylvania Avenue NW, Suite 550
        Washington, D.C. 20006
        Tel: (202) 295-6605
        Email:    jason.mcelroy@saul.com
                      peter.nanov@saul.com

        Jeffrey S. Robbins (*Admitted Pro Hac Vice*)
        Joseph D. Lipchitz (*Admitted Pro Hac Vice*)
        SAUL EWING LLP
        131 Dartmouth St., Suite 501
        Boston, MA 02116
        Tel: (617) 912-0941
        Email:    jeffrey.robbins@saul.com
                      joseph.lipchitz@saul.com

        ***Counsel for Plaintiffs***

55621291.1

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused one copy of the foregoing **Notice of Supplemental Authority** on all parties and counsel of record via the Court's CM/ECF system as follows:

Jeremy Samuel Bloch Newman
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Email: jeremy.s.newman@usdoj.gov

                                                  */s/ Jason W. McElroy*
                                                  Jason W. McElroy

                                                  *Counsel for Plaintiffs*