IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 25-1305 (RDM) |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants submit this response to Plaintiffs' Notice of Supplemental Authority regarding *LeBlanc v. United States Privacy and Civil Liberties Oversight Board*, Case No. 1:25-cv-542-RBW (D.D.C. May 21, 2025). *See* ECF No. 21 (notice); ECF No. 21-1 (memorandum opinion). The government respectfully disagrees with Judge Walton's ruling and intends to appeal and move to stay his ruling. In any event, Judge Walton's analysis does not support Plaintiffs here. Judge Walton concluded that the "plain text" of a statute restricts the President's removal authority only if "there is a 'specific provision' expressly restricting removal," ECF No. 21-1, at 24 (citing *Severino v. Biden*, 71 F.4th 1038, 1047 (D.C. Cir. 2023)), which did not exist for the Privacy and Civil Liberties Oversight Board (PCLOB), *see id.* at 25-29. The same is true for the Corporation for Public Broadcasting (CPB), where the Public Broadcasting Act contains no specific provision expressly restricting removal. Nonetheless, Judge Walton concluded that the PCLOB's "structure and function clearly indicates Congress's intent to protect its members from removal, at least without cause." *Id.* at 38. His analysis focused largely on his view that the PCLOB's primary

function was "to conduct <u>oversight</u>," including by "advising Congress in support of its legislative function in the counterterrorism context." *Id.* at 34. By contrast, the CPB's primary function is awarding grants funded by federal appropriations to advance governmental objectives. *See* 47 U.S.C. § 396(g)(2), (k)(2). That function is commonly performed by Executive Branch agencies run by leaders who are removable at will. *See* Grant-Making Agencies, https://grants.gov/learn-grants/grant-making-agencies/ (listing federal grant-making agencies, which include cabinet departments such as the Departments of Agriculture, Commerce, Defense, Education, Energy, Health and Human Services, Homeland Security, Housing and Urban Development, Interior, Justice, Labor, State, Transportation, Treasury, and Veterans Affairs).

Dated: May 23, 2025                                             Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*