UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* )<br><br>Defendants. ) | Case No. 1:25-cv-01305 |

**JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE
FOR EXPEDITED SUMMARY JUDGMENT**

Plaintiffs the Corporation for Public Broadcasting ("CPB"), the Board of Directors for CPB, and individual Board members Laura G. Ross, Thomas E. Rothman, and Diane Kaplan (collectively, "Plaintiffs"), and Defendants Donald J. Trump, Russell T. Vought, Sergio Gor, Trent Morse, the United States Office of Management and Budget, and the White House Presidential Personnel Office (the "Defendants") (together the "Parties"), hereby respectfully move the Court for an order (i) entering a briefing schedule for cross-motions for summary judgment, (ii) waiving this Court's requirement for a pre-motion letter and conference, (iii) waiving the requirement of a Rule 26(f) conference, and (iv) extending Defendants' deadline to file an answer until after the Court rules on the parties' cross-motions for summary judgment. Good cause exists for the requested relief for the following reasons:

1. On April 29, 2025, Plaintiffs filed their Complaint in this action (Dkt. No. 1) and filed a Motion for Temporary Restraining Order (Dkt. No. 2), which the Parties later agreed to convert into a Motion for Preliminary Injunction.

2. On June 8, 2025, this Court entered an order denying Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 32).

3. Counsel for the Parties have conferred and agree that no discovery would be necessary to resolve the legal issues presented and, accordingly, agree that this case should be resolved pursuant to an expedited summary-judgment briefing schedule.

4. Counsel for Plaintiffs and the counsel for the Defendants have agreed to the following proposed deadlines:

- July 25, 2025 – Plaintiffs' motion and opening brief due;
- August 29, 2025 – Defendants' opposition and cross motion due;
- September 19, 2025 – Plaintiffs' reply and opposition due;
- October 10, 2025 – Defendants' reply due.

5. The Parties respectfully request that the Court waive its requirement to hold a pre-motion conference, *see* Standing Order, ¶ 10(a) (Dkt, No. 3), and request that the Court hold a hearing on their cross-motions for summary judgement as soon as practicable upon completion of the proposed briefing schedule.

6. Because the Parties agree no discovery is necessary in this action, they agree that a conference under Federal Rule of Civil Procedure 26(f) is unnecessary, and further request that the Court waive that requirement.

7.      Because the Court's resolution of the Parties' cross-motions for summary judgment is likely to be dispositive of this action, Defendants move to postpone their deadline to answer the Complaint until 21 days after the Court rules on the Parties' cross-motions for summary judgment. Plaintiffs consent to this requested relief.

WHEREFORE, the Parties respectfully request the Court grant this proposed briefing schedule and enter an Order adopting the briefing schedule and other relief as outlined above.

Date: June 27, 2025

By: */s/ Jason W. McElroy*
Jason W. McElroy (D.C. Bar No. 502733)
Peter C. Nanov (D.C. Bar No. 230021)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
Email:   jason.mcelroy@saul.com
            peter.nanov@saul.com

Jeffrey S. Robbins (*Admitted Pro Hac Vice*)
Joseph D. Lipchitz (*Admitted Pro Hac Vice*)
SAUL EWING LLP
131 Dartmouth St., Suite 501
Boston, MA 02116
Tel: (617) 912-0941
Email:   jeffrey.robbins@saul.com
            joseph.lipchitz@saul.com

**Counsel for Plaintiffs**


BRETT A. SHUMATE
Assistant Attorney General, Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

**Counsel for Defendants**

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused one copy of the foregoing **Joint Motion to be served** on all parties and counsel of record via the Court's CM/ECF system.

              */s/ Jason W. McElroy*
              Jason W. McElroy

              *Counsel for Plaintiffs*