# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* )<br><br>　　Plaintiffs, )<br><br>v. )<br><br>DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* )<br><br>　　Defendants. ) | Case No. 1:25-cv-01305 |

**PLAINTIFF LAURA ROSS'S RULE 41(a)(1)(A) NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Laura Ross hereby dismisses all claims she has brought in this matter. For the avoidance of doubt, this Notice does not apply to any other Plaintiff in this matter.

Date: July 24, 2025

　　　　　　　　　　　　　　By: */s/ Jason W. McElroy*
　　　　　　　　　　　　　　　　Jason W. McElroy (D.C. Bar No. 502733)
　　　　　　　　　　　　　　　　Peter C. Nanov (D.C. Bar No. 230021)
　　　　　　　　　　　　　　　　SAUL EWING LLP
　　　　　　　　　　　　　　　　1919 Pennsylvania Avenue NW, Suite 550
　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　Tel: (202) 295-6605
　　　　　　　　　　　　　　　　Email:　　jason.mcelroy@saul.com
　　　　　　　　　　　　　　　　　　　　　peter.nanov@saul.com

　　　　　　　　　　　　　　　　Jeffrey S. Robbins (*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　Joseph D. Lipchitz (*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　SAUL EWING LLP
　　　　　　　　　　　　　　　　131 Dartmouth St., Suite 501

55944381.1

Boston, MA 02116
Tel: (617) 912-0941
Email: jeffrey.robbins@saul.com
joseph.lipchitz@saul.com

*Counsel for Plaintiff Laura Ross*

55944381.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused one copy of the foregoing **Notice of Voluntary Dismissal** on all parties and counsel of record via the Court's CM/ECF system as follows:

Jeremy Samuel Bloch Newman
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Email: jeremy.s.newman@usdoj.gov

                                      */s/ Jason W. McElroy*
                                      Jason W. McElroy

                                      *Counsel for Plaintiffs*