UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* )<br>)<br>Defendants. ) | Case No. 1:25-cv-01305 |

**PLAINTIFFS THE CORPORATION FOR PUBLIC BROADCASTING, THE BOARD OF DIRECTORS FOR THE CORPORATION FOR PUBLIC BROADCASTING, THOMAS E. ROTHMAN, AND DIANE KAPLAN'S MOTION FOR SUMMARY JUDGMENT[1]**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs the Corporation for Public Broadcasting, Thomas Rothman, and Diane Kaplan (collectively, the "Plaintiffs") move for summary judgment on Plaintiffs' Complaint for declaratory judgment (Count I).  On April 28, 2025, President Donald J. Trump's purported to terminate Thomas Rothman, Laura Ross, and Diane Kaplan, from their positions as members of CPB's Board of Directors.  But the President possesses no such authority, and his actions were unlawful and *ultra vires*, as a matter of law.  For the reasons set forth in the accompanying Memorandum in Support of their Motion for Summary Judgment, Plaintiffs ask the Court to enter judgment in their favor, and declare the President's attempt to terminate CPB's Board Members as without effect, and legally null and void.

---

[1] Laura Ross has voluntarily dismissed her claims in this lawsuit and is no longer a plaintiff. *See* Dkt. No. 34.

Dated:  July 25, 2025

By: */s/ Jason W. McElroy*
Jason W. McElroy (D.C. Bar No. 502733)
Peter C. Nanov (D.C. Bar No. 230021)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
Email:	jason.mcelroy@saul.com
	peter.nanov@saul.com

Jeffrey S. Robbins (*Admitted Pro Hac Vice*)
Joseph D. Lipchitz (*Admitted Pro Hac Vice*)
SAUL EWING LLP
131 Dartmouth St., Suite 501
Boston, MA 02116
Tel: (617) 912-0941
Email:	jeffrey.robbins@saul.com
	joseph.lipchitz@saul.com

**Counsel for Plaintiffs**

1

55952284.1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused one copy of the foregoing **MOTION FOR SUMMARY JUDGMENT** on all parties and counsel of record via the Court's CM/ECF system as follows:

Jeremy Samuel Bloch Newman
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Email: jeremy.s.newman@usdoj.gov

                        */s/ Jason W. McElroy*
                        Jason W. McElroy

                        *Counsel for Plaintiffs*

55952284.1