# EXHIBIT D

**From:** Slavitt, Evan
**Sent:** Wednesday, April 30, 2025 10:35 AM
**To:** nate.cavanaugh@gsa.gov
**Cc:** justin.fox@gsa.gov; Justin.W.Aimonetti@doge.eop.gov; jonathan.mendelson@gsa.gov
**Subject:** Meeting Request | DOGE

Dear Mr. Cavanaugh:

I have been asked to respond to your recent email addressed to our Board Chair, Rubydee Calvert, and our board member, Liz Sembler. Before turning to the substance of your request, I would make two points. First, the email addresses you are using are not effective email addresses for either Ms. Calvert or Ms. Sembler. They are artifact addresses used only by our expense reimbursement system. Neither Board Chair Calvert nor Ms. Sembler use them to send or receive actual email. It is only because one of our staff happened to monitor activity in those addresses that we saw your email. In the future, to the extent you wish to communicate with any or all of our Board members, please send the email to me and I will ensure that they receive it promptly. Second, as you may be aware, Laura Ross is the Vice-Chair of the CPB Board. It is CPB's position that Ms. Ross continues to serve in that role; accordingly, any future invitations should include her rather than Ms. Sembler.

Turning to the invitation itself, CPB is a private entity incorporated under the laws of the District of Columbia. While its funding largely comes from Congress, it is not an agency or department of the federal government. It certainly is not part of the executive branch. The following is an explicit determination of its statutory creation:

> "There is authorized to be established a nonprofit corporation, to be known as the "Corporation for Public Broadcasting", which will not be an agency or establishment of the United States Government." 47 U.S.C. § 396(b)."

Accordingly, neither DOGE, the GSA, nor any other component of the executive branch has any role supervising or having any activity relating to

CPB.

Nevertheless, CPB always welcomes inquiries from the general public. If you have some specific questions, I would be happy to review those questions and provide appropriate responses.

Please direct all further inquiries to me. I trust this finds you well.

Best regards,

Evan Slavitt
Senior Vice President and General Counsel
eslavitt@cpb.org
(work) 202/879-9715
(cell) 781/710-0714

