# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.* )<br>)<br>Defendants. ) | Case No. 1:25-cv-01305 |

## PLAINTIFF THOMAS ROTHMAN'S
## RULE 41(a)(1)(A) NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Thomas Rothman hereby dismisses all claims he has brought in this matter. For the avoidance of doubt, this Notice does not apply to any other Plaintiff in this matter.

Date: August 1, 2025

By: */s/ Jason W. McElroy*
Jason W. McElroy (D.C. Bar No. 502733)
Peter C. Nanov (D.C. Bar No. 230021)
SAUL EWING LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
Email:   jason.mcelroy@saul.com
            peter.nanov@saul.com

Jeffrey S. Robbins (*Admitted Pro Hac Vice*)
Joseph D. Lipchitz (*Admitted Pro Hac Vice*)
SAUL EWING LLP

131 Dartmouth St., Suite 501
Boston, MA 02116
Tel: (617) 912-0941
Email:     jeffrey.robbins@saul.com
              joseph.lipchitz@saul.com

***Counsel for Plaintiff Thomas Rothman***

## CERTIFICATE OF SERVICE

I hereby certify that I caused one copy of the foregoing **Notice of Voluntary Dismissal** on all parties and counsel of record via the Court's CM/ECF system

<i>/s/ Jason W. McElroy</i><br>Jason W. McElroy