IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his Official Capacity as President of the United States of America, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-1305 (RDM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.6, please enter the appearance of Trisha Anderson, Kaitlin Konkel, and Hecker Fink LLP as counsel for Plaintiff Diane Kaplan.

In addition, please withdraw the appearance of Joseph Lipchitz, Jason McElroy, Peter Nanov, Jeffrey Robbins, and Saul Ewing LLP as counsel for Plaintiff Diane Kaplan **only**. They will remain as counsel of record for the other plaintiffs.

Dated: August 25, 2025

Respectfully submitted,

/s/ Trisha Anderson
Trisha Anderson (D.C. Bar 497224)
Kaitlin Konkel (D.C. Bar 1021109)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
tanderson@heckerfink.com
kkonkel@heckerfink.com

*Counsel for Plaintiff Diane Kaplan*