IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his Official Capacity as President of the United States of America, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 25-1305 (RDM) |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Defendants hereby submit this Cross-Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum, there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law. President Donald J. Trump lawfully removed Plaintiff Diane Kaplan and former Plaintiffs Laura G. Ross and Thomas E. Rothman as Board members of Plaintiff Corporation for Public Broadcasting. Plaintiffs' challenges to that removal are meritless. Accordingly, Defendants respectfully request that the Court grant this Motion and enter judgment in favor of Defendants on all of Plaintiffs' claims.

Dated:  August 29, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*